**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re:  ASCARIDIS, DEBORAH　　　　§　Case No. 12-06533
　　　　MARTIN, ANTHONY　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/22/2012. The undersigned trustee was appointed on 02/22/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of　　　$　　　139,295.46

　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 54.92 |
| Bank service fees | 2,105.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　　$ | 137,134.98 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/19/2014 and the deadline for filing governmental claims was 02/19/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,023.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,023.05, for a total compensation of $10,023.05[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/19/2018                         By: /s/ Eugene Crane
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

Case No.: 12-06533

Case Name: ASCARIDIS, DEBORAH
MARTIN, ANTHONY

For Period Ending: 04/19/2018

Trustee Name: (330350) Eugene Crane

Date Filed (f) or Converted (c): 02/22/2012 (f)

§ 341(a) Meeting Date: 03/27/2012

Claims Bar Date: 02/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Single Family, Location: 1814 Grove S<br>Orig. Asset Memo: Orig. Description: Residence: Single Family, Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Joint checking<br>Orig. Asset Memo: Orig. Description: Checking Account: Joint checking Location: Glenview Credit Union, 1631 Waukegan Road, Glenview, IL 60025; Imported from original petition Doc# 1 | 440.00 | 440.00 | | 0.00 | FA |
| 3 | Furniture: 1 Bedroom Set, 1 Queen Bed, 1 Twin be<br>Orig. Asset Memo: Orig. Description: Furniture: 1 Bedroom Set, 1 Queen Bed, 1 Twin bed, 1 dresser, 1 kitchen set for 4, 1 dining room set for 6, 1 couch, 2 loveseats, 1 coffee table, 2 end tables, 1 desk Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Appliances: Microwave, Refrigerator, Toaster, St<br>Orig. Asset Memo: Orig. Description: Appliances: Microwave, Refrigerator, Toaster, Stove Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Household: Plates, Flatware, Pots & Pans<br>Orig. Asset Memo: Orig. Description: Household: Plates, Flatware, Pots & Pans Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Office: Computer<br>Orig. Asset Memo: Orig. Description: Office: Computer Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes: Basic Wardrobes<br>Orig. Asset Memo: Orig. Description: Clothes: Basic Wardrobes Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry: 2 Wedding rings, costume jewelry<br>Orig. Asset Memo: Orig. Description: Jewelry: 2 Wedding rings, costume jewelry Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Insurance: Home Owner Policy<br>Orig. Asset Memo: Orig. Description: Insurance: Home Owner Policy Location: State Farm Insurance, Glenview, IL 60025, Agent:Del Vasey, Location: 1814 Grove Street, Glenview IL 60025; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 12-06533 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
|  |  | § 341(a) Meeting Date: | 03/27/2012 |
| For Period Ending: | 04/19/2018 | Claims Bar Date: | 02/19/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Location: 1814 Grove Street, Glenview IL 60025 $<br>Orig. Asset Memo: Orig. Description: Location: 1814 Grove Street, Glenview IL 60025 $450,000 term life policy for Tony $100,000 term life policy for Deborah $100,000 term life policy for Tony $300,000 term life policy for Tony (required pursuant to SBA loan) $300,000 term life policy for Deborah (required pursuant to SBA loan); Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | Shareholder Loans to business (face amount of $4<br>Orig. Asset Memo: Orig. Description: Shareholder Loans to business (face amount of $44,203.72 ); Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | Inheritance lawsuit in UK (Martin only) (u)<br>Gross remaining is an estimate of gross amount to be received. Actual amount depends on costs etc. | Unknown | 50,000.00 |  | 139,295.46 | FA |
| 13 | Interest in CIS Systems, Inc. (u)<br>In SOFA, no income listed. Schaumburg Bank holds a lien. On Debtor's tax return this business is listed as a S- Corp with negative income. Distributes ink for printers.  Value to estate is negligible. | Unknown | 0.00 |  | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$354,140.00** | **$50,440.00** |  | **$139,295.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/25/2018: Claim amended by Schaumburg Bank; IRS claims have either been withdrawn or paid; will prepare TFR (dk)
01/30/2018: Claim objection filed to deny Schaumburg Bank's secured claim of second mortgage; hearing on March 1 at 9:30am J-Cox (dk)
11/01/2017: Discovery by Trustee that Debtor received all funds from British inheritance; will calculate claims and admin costs to demand payment to cover all costs/fees/claims (dk)
03/31/2017: Inheritance still pending in the UK (dk)
03/31/2016:  Sale of property in UK still pending (dk)
04/2015: Sent correspondence to atty-where is second payment; still waiting for sale (dk)
03/31/2015: Second payment forthcoming from settlement in UK, depends on sale of real property (dk)
03/17/2014: Received first payment from settlement (dk)
11/30/2013: Bar date notice filed (dk)
11/05/2013: Hearing for compromise/settlement with Debtor regarding UK inheritance settlement determination (dk)
09/25/2013: Case re-opened to administer asset.
04/15/2013: There may be an asset of Mr. Martin.  His father's will is to be contested in the UK, may be a settlement amount forthcoming.  Atty for Debtor will re-open case. (dk)
03/28/2012: No asset report filed (dk)

| Initial Projected Date Of Final Report (TFR): | 02/28/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2018 |
| --- | --- | --- | --- |

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH<br>MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/14 | {12} | Deborah Ascaridis, Anthony Martin | First payment of UK litigation settlement per Court Order entered on 11/5/2013 | 1249-000 | 26,961.06 | | 26,961.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.21 | 26,946.85 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.34 | 26,905.51 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.69 | 26,866.82 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.35 | 26,829.47 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.45 | 26,787.02 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.24 | 26,749.78 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.04 | 26,708.74 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 26,669.05 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.52 | 26,634.53 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 26,591.12 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.24 | 26,552.88 |
| 02/19/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-06533, Bond # 10BSBGR6291 | 2300-000 | | 18.70 | 26,534.18 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.64 | 26,498.54 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.66 | 26,457.88 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.05 | 26,419.83 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.73 | 26,383.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.47 | 26,342.63 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.15 | 26,303.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.57 | 26,266.91 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.30 | 26,226.61 |
| | | | | Page Subtotals: | $26,961.06 | $734.45 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2

Exhibit B
Page: 2

# Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.72 | 26,188.89 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.41 | 26,152.48 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 26,111.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.20 | 26,074.91 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 Voided on 02/09/2016 | 2300-004 | | 17.96 | 26,056.95 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 Voided: check issued on 02/09/2016 | 2300-004 | | -17.96 | 26,074.91 |
| 02/09/16 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 | 2300-000 | | 18.47 | 26,056.44 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.14 | 26,020.30 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.06 | 25,979.24 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.02 | 25,943.22 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.97 | 25,907.25 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.88 | 25,866.37 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.86 | 25,830.51 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.75 | 25,789.76 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.99 | 25,752.77 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.70 | 25,717.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.35 | 25,677.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.83 | 25,640.89 |

Page Subtotals:     $0.00     $585.72

*{ } Asset Reference(s)*     UST Form 101-7-TFR (5/1/2011)     *! - transaction has not been cleared*

Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH<br>MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/19/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.33 | 25,601.56 |
| 02/03/17 | 104 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment for 02/01/2017 to 02/01/18; Bond no. 016073584 | 2300-000 | | 9.45 | 25,592.11 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.36 | 25,557.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 25,519.77 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.25 | 25,485.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.32 | 25,445.20 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.59 | 25,408.61 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.32 | 25,373.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.14 | 25,333.15 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.22 | 25,297.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.81 | 25,259.12 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.33 | 25,222.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.06 | 25,187.73 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.85 | 25,147.88 |
| 02/08/18 | {12} | William Factor | Turnover of inheritance from UK; second payment | 1249-000 | 112,334.40 | | 137,482.28 |
| 02/13/18 | 105 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 8.30 | 137,473.98 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.47 | 137,332.51 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 197.53 | 137,134.98 |
| | | | Page Subtotals: | | $112,334.40 | $840.31 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                                    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6214 | Account #: | ******2066 Checking Account |
| For Period Ending: | 04/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 139,295.46 | 2,160.48 | $137,134.98 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 139,295.46 | 2,160.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$139,295.46** | **$2,160.48** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 5

# Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-06533 |
| **Case Name:** | ASCARIDIS, DEBORAH<br>MARTIN, ANTHONY |
| **Taxpayer ID #:** | **-***6214 |
| **For Period Ending:** | 04/19/2018 |

| | |
|---|---|
| **Trustee Name:** | Eugene Crane (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $139,295.46 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $139,295.46 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2066 Checking Account | $139,295.46 | $2,160.48 | $137,134.98 |
| | **$139,295.46** | **$2,160.48** | **$137,134.98** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 12-06533        **DEBORAH ASCARIDIS AND ANTHONY**

Claims Bar Date: 02/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | EUGENE CRANE<br>135 S. LaSalle Street, #3705<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>04/19/18 | | $10,023.05<br>$10,023.05 | $0.00 | $10,023.05 |
| | Crane, Simon, Clar & Dan<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br>**Attorney EXPENSES (Trustee Firm)** | Administrative<br>02/05/18 | | $192.36<br>$192.36 | $0.00 | $192.36 |
| | Crane, Simon, Clar & Dan<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200<br>**Attorney FEES (Trustee Firm)** | Administrative<br>02/05/18 | | $16,632.00<br>$16,632.00 | $0.00 | $16,632.00 |
| 1-1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Claim Amended by IRS on Feb. 14, 2018 to $0.00 | Priority<br>11/21/13 | | $27,932.44<br>$0.00 | $0.00 | $0.00 |
| 8-1 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Claim was originally filed by Debtors on behalf of IRS.  Anthony Martin paid all amounts owed IRS separately. Debtor's atty has withdrawn this claim and IRS stipulates that they no longer are owed anything. | Priority<br>03/18/14 | | $45,301.93<br>$0.00 | $0.00 | $0.00 |
| SURPLUS | ASCARIDIS, DEBORAH and MARTIN, ANTHONY<br>1814 GROVE STREET<br>GLENVIEW, IL 60025<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>04/19/18 | | $0.00<br>$3,834.38 | $0.00 | $3,834.38 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register

**Case:** 12-06533  **DEBORAH ASCARIDIS AND ANTHONY**

Claims Bar Date: 02/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2-1 | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/09/14 | | $17,341.71<br>$17,341.71 | $0.00 | $17,341.71 |
| 2-1I | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>04/19/18 | | N/A<br>$186.50 | $0.00 | $186.50 |
| 3-1 | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/09/14 | | $3,315.98<br>$3,315.98 | $0.00 | $3,315.98 |
| 3-1I | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>04/19/18 | | N/A<br>$35.66 | $0.00 | $35.66 |
| 4-1 | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/15/14 | | $2,558.30<br>$2,558.30 | $0.00 | $2,558.30 |
| 4-1I | American Express Centurion Bank c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>04/19/18 | | N/A<br>$27.51 | $0.00 | $27.51 |

# Exhibit C

## Analysis of Claims Register

**Case:** 12-06533　　　　　　　　　　　　　　**DEBORAH ASCARIDIS AND ANTHONY**

Claims Bar Date: 02/19/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5-1 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/15/14 | | $9,971.47 $9,971.47 | $0.00 | $9,971.47 |
| 5-1I | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/19/18 | | N/A $107.24 | $0.00 | $107.24 |
| 6-1 | Schaumburg Bank & Trust Company, N.A. c/o Latimer LeVay Fyock LLC Attn: Tejal Desai 55 W. Monroe, Suite 1100 Chicago, IL 60603 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/14 | | $69,659.93 $69,659.93 | $0.00 | $69,659.93 |
| | Creditor will amend claim to unsecured. Will withdraw claim objection. Claim amended on 02/20/2018 to unsecured. | | | | | |
| 6-1I | Schaumburg Bank & Trust Company, N.A. c/o Latimer LeVay Fyock LLC Attn: Tejal Desai 55 W. Monroe, Suite 1100 Chicago, IL 60603 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/19/18 | | N/A $749.14 | $0.00 | $749.14 |
| 7-1 | Chase Bank USA, N.A Michael Rusin 600 Business Center Dr Heathrow, FL 32746 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 03/18/14 | | $2,473.15 $2,473.15 | $0.00 | $2,473.15 |
| 7-1I | Chase Bank USA, N.A Michael Rusin 600 Business Center Dr Heathrow, FL 32746 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/19/18 | | N/A $26.60 | $0.00 | $26.60 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case: 12-06533**          **DEBORAH ASCARIDIS AND ANTHONY**

Claims Bar Date: 02/19/14

**Case Total:**     **$0.00**     **$137,134.98**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-06533
Case Name: DEBORAH ASCARIDIS AND ANTHONY MARTIN
Trustee Name: Eugene Crane

**Balance on hand:**   $    137,134.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    137,134.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 10,023.05 | 0.00 | 10,023.05 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 16,632.00 | 0.00 | 16,632.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 192.36 | 0.00 | 192.36 |

Total to be paid for chapter 7 administrative expenses:   $    26,847.41
Remaining balance:   $    110,287.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    110,287.57

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 8-1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 110,287.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $102,847.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2-1 | American Express Centurion Bank c o Becket and Lee LLP | 17,341.71 | 0.00 | 17,341.71 |
| 3-1 | American Express Centurion Bank c o Becket and Lee LLP | 3,315.98 | 0.00 | 3,315.98 |
| 4-1 | American Express Centurion Bank c o Becket and Lee LLP | 2,558.30 | 0.00 | 2,558.30 |
| 5-1 | American Express Centurion Bank c o Becket and Lee LLP | 9,971.47 | 0.00 | 9,971.47 |
| 6-1 | Schaumburg Bank & Trust Company, N.A. c/o Latimer LeVay Fyock LLC Attn: Tejal Desai | 69,659.93 | 0.00 | 69,659.93 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 102,847.39 |
| Remaining balance: | $ 7,440.18 |

Tardily filed claims of general (unsecured) creditors totaling $2,473.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7-1 | Chase Bank USA, N.A Michael Rusin | 2,473.15 | 0.00 | 2,473.15 |

|  |  |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 2,473.15 |
| Remaining balance: | $ 4,967.03 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 4,967.03 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.17% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,132.65. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,834.38.

**UST Form 101-7-TFR(5/1/2011)**