IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anthony Martin | ) | Case No. 12-06533 |
| Deborah Ascaridis, | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtors. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

STATE OF ILLINOIS    )
                                    )
COUNTY OF COOK    )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 30th day of April, 2018, before the hour of 5:00 p.m.

                                                                   /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

William Factor
Ariane Holtschlag
Law Office of William J Factor
105 W. Madison #1500
Chicago, IL 60602

*Parties Served via U.S. Mail:*
Anthony Martin
Deborah Ascaridis
1814 Grove Street
Glenview, IL 60025-2914

Advantage National Bank
100 Biesterfield
Elk Grove Village, IL 60007

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

American Honda Finance
Po Box 168088
Irving, TX 75016-8088

Bank of America
PO Box 85001
Dallas, TX 75285-0001

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

CIS Systems, Inc dba Ink 2 Image
4338 Regency Drive
Glenview, IL 60025-5218

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bonton Signature
PO Box 659813
San Antonio, TX 78265-9113

Carson Pirie Scott
HSBC Retail Services
PO Box 17264
Baltimore, MD 21297-1264

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Mastercard
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citi/Cash Returns Account
AAdvantage Americap Express
Citi Cards
Processing Center
Des Moines, IA 50363-0001

Citibank
Client Services
PO Box 769013
San Antonio, TX 78245-9013

Citibank
PO Box 790034
St. Louis, MO 63179-0034

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Fifth Third Bank
Bankruptcy Department
1830 East Paris Avenue SE
Grand Rapids, MI 49546-6253

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789

GECRB/Lord & Taylor
PO Box 981400
El Paso, TX 79998-1400

Hyundai Motor Finance
Attn: Bankruptcy
Po Box 20809
Fountain Valley, CA 92728-0809

Hyundai Motor Finance
PO Box 660891
Dallas, TX 75266-0891

Illinois Dept. of Employment
Security
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680-4385

IL Dept. of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

Nationstar Mortgage Ll
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067-4177

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Macy's
PO Box 183083
Columbus, OH 43218-3083

Open Advanced MRI, LLC
Department 4725
Carol Stream, IL 60122

Rnb-fields3/Macy's
Macy's Bankruptcy Department
PO Box 8053
Mason, OH 45040-8053

Schaumburg Bank & Trust
75 East Turner Avenue
Elk Grove Village, IL 60007-3930

Schaumburg Bank & Trust
Latimer LeVay Fyock LLC
c/o Tejal S. Desai
55 W. Monroe Street Suite1100
Chicago, Illinois 60603

Sears/CBNA
PO Box 6282
Sioux Falls, SD 57117-6282

Von Maur, Inc.
6565 Brady St.
Davenport, IA 52806-2054

Chase Bank USA
Michael Rusin
600 Business Center Drive
Heathrow, FL 32746