**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: ASCARIDIS, DEBORAH  §  Case No. 12-06533
      MARTIN, ANTHONY     §
                          §
                          §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $354,140.00 | Assets Exempt: | $33,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $106,453.19 | Claims Discharged Without Payment: | $504,978.81 |
| Total Expenses of Administration: | $29,007.89 | | |

    3) Total gross receipts of $139,295.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,834.38 (see **Exhibit 2**), yielded net receipts of $135,461.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $389,798.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,007.89 | $29,007.89 | $29,007.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $47,998.01 | $73,234.37 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $600,049.59 | $105,320.54 | $106,453.19 | $106,453.19 |
| **TOTAL DISBURSEMENTS** | $1,037,845.60 | $207,562.80 | $135,461.08 | $135,461.08 |

4) This case was originally filed under chapter 7 on 02/22/2012.  The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/26/2018            By: /s/ Eugene Crane
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance lawsuit in UK (Martin only) | 1249-000 | $139,295.46 |
| **TOTAL GROSS RECEIPTS** | | **$139,295.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ASCARIDIS, DEBORAH | Distribution payment - Dividend paid at 100.00% of $3,834.38; Claim # SURPLUS TO DEBTORS | 8200-002 | $3,834.38 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,834.38** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Nationstar Mortgage Ll | 4110-000 | $389,798.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$389,798.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2100-000 | NA | $10,023.05 | $10,023.05 | $10,023.05 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $16,632.00 | $16,632.00 | $16,632.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $192.36 | $192.36 | $192.36 |
| Bond Payments - Arthur B. Levine Company | 2300-000 | NA | $37.17 | $37.17 | $37.17 |
| Bond Payments - BOND | 2300-000 | NA | $8.30 | $8.30 | $8.30 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $9.45 | $9.45 | $9.45 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,105.56 | $2,105.56 | $2,105.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$29,007.89** | **$29,007.89** | **$29,007.89** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Internal Revenue Service | 5800-000 | $38,870.01 | $27,932.44 | $0.00 | $0.00 |
| 8-1 | Internal Revenue Service | 5800-000 | $0.00 | $45,301.93 | $0.00 | $0.00 |
| N/F | Illinois Department of Empt. Sec. Benefit Payment Control Di | 5800-000 | $2,659.79 | NA | NA | NA |
| N/F | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $6,468.21 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$47,998.01** | **$73,234.37** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $16,699.87 | $17,341.71 | $17,341.71 | $17,341.71 |
| 2-1I | American Express Centurion Bank c o Becket and Lee LLP | 7990-000 | NA | NA | $186.50 | $186.50 |
| 3-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $2,906.02 | $3,315.98 | $3,315.98 | $3,315.98 |
| 3-1I | American Express Centurion Bank c o Becket and Lee LLP | 7990-000 | NA | NA | $35.66 | $35.66 |
| 4-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $2,956.95 | $2,558.30 | $2,558.30 | $2,558.30 |
| 4-1I | American Express Centurion Bank c o Becket and Lee LLP | 7990-000 | NA | NA | $27.51 | $27.51 |
| 5-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | $10,095.94 | $9,971.47 | $9,971.47 | $9,971.47 |
| 5-1I | American Express Centurion Bank c o Becket and Lee LLP | 7990-000 | NA | NA | $107.24 | $107.24 |
| 6-1 | Schaumburg Bank & Trust Company, N.A. c/o Latimer LeVay Fyock LLC Attn: Tejal Desai | 7100-000 | $60,000.00 | $69,659.93 | $69,659.93 | $69,659.93 |
| 6-1I | Schaumburg Bank & Trust Company, N.A. c/o Latimer LeVay Fyock LLC Attn: Tejal Desai | 7990-000 | NA | NA | $749.14 | $749.14 |
| 7-1 | Chase Bank USA, N.A Michael Rusin | 7200-000 | $2,412.00 | $2,473.15 | $2,473.15 | $2,473.15 |

**UST Form 101-7-TDR ( 10 /1/2010)**

Case 12-06533    Doc 51    Filed 07/03/18    Entered 07/03/18 14:22:45    Desc Main
                              Document      Page 7 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 7-1I | Chase Bank USA, N.A Michael Rusin | 7990-000 | NA | NA | $26.60 | $26.60 |
| N/F | Advantage National Ban | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | American Express American Express Special Research | 7100-000 | $10,191.00 | NA | NA | NA |
| N/F | American Express American Express Special Research | 7100-000 | $17,084.00 | NA | NA | NA |
| N/F | American Express American Express Special Research | 7100-000 | $3,280.00 | NA | NA | NA |
| N/F | American Express American Express Special Research | 7100-000 | $2,818.00 | NA | NA | NA |
| N/F | American Honda Finance | 7100-000 | $5,993.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $3,733.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $13,322.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | NA | NA | NA | NA |
| N/F | Bank of America | 7100-000 | NA | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $25,902.44 | NA | NA | NA |
| N/F | Carson Pirie Scott HSBC Retail Services | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Chase Mastercard Cardmember Service | 7100-000 | $423.00 | NA | NA | NA |
| N/F | Citi | 7100-000 | $28,616.00 | NA | NA | NA |
| N/F | Citi CashReturns Account Citi Cards | 7100-000 | NA | NA | NA | NA |
| N/F | Citi/AAdvantage American Express Citi Cards | 7100-000 | NA | NA | NA | NA |
| N/F | Citibank Client Services | 7100-000 | $1,910.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Citibank Sd, Na | 7100-000 | $8,639.00 | NA | NA | NA |
| N/F | Dsnb Macys | 7100-000 | $2,167.00 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $13,167.26 | NA | NA | NA |
| N/F | Fifth Third Bank | 7100-000 | $3,465.36 | NA | NA | NA |
| N/F | Fifth Third Bank Bankruptcy Department | 7100-000 | NA | NA | NA | NA |
| N/F | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | $7,195.00 | NA | NA | NA |
| N/F | Gecrb/lord & Tay | 7100-000 | $1,511.00 | NA | NA | NA |
| N/F | Hyundai Motor Finance | 7100-000 | $10,130.00 | NA | NA | NA |
| N/F | Macy's | 7100-000 | $2,128.01 | NA | NA | NA |
| N/F | Nbgl-carsons | 7100-000 | $364.00 | NA | NA | NA |
| N/F | Open Advanced MRI, LLC | 7100-000 | $1,236.66 | NA | NA | NA |
| N/F | Rnb-fields3/Macy's Macy's Bankruptcy Department | 7100-000 | NA | NA | NA | NA |
| N/F | Schaumburg Bank & Trust | 7100-000 | NA | NA | NA | NA |
| N/F | Schaumburg Bank and Trust / Windsor | 7100-000 | $279,076.08 | NA | NA | NA |
| N/F | Sears/cbna | 7100-000 | $2,425.00 | NA | NA | NA |
| N/F | Von Maur | 7100-000 | $2.00 | NA | NA | NA |
| N/F | sears/CBNA | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$600,049.59** | **$105,320.54** | **$106,453.19** | **$106,453.19** |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 12-06533
**Case Name:** ASCARIDIS, DEBORAH
MARTIN, ANTHONY
**For Period Ending:** 06/26/2018

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 02/22/2012 (f)
**§ 341(a) Meeting Date:** 03/27/2012
**Claims Bar Date:** 02/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Single Family, Location: 1814 Grove S<br>Orig. Asset Memo: Orig. Description: Residence: Single Family, Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Joint checking<br>Orig. Asset Memo: Orig. Description: Checking Account: Joint checking Location: Glenview Credit Union, 1631 Waukegan Road, Glenview, IL 60025; Imported from original petition Doc# 1 | 440.00 | 440.00 | | 0.00 | FA |
| 3 | Furniture: 1 Bedroom Set, 1 Queen Bed, 1 Twin be<br>Orig. Asset Memo: Orig. Description: Furniture: 1 Bedroom Set, 1 Queen Bed, 1 Twin bed, 1 dresser, 1 kitchen set for 4, 1 dining room set for 6, 1 couch, 2 loveseats, 1 coffee table, 2 end tables, 1 desk Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Appliances: Microwave, Refrigerator, Toaster, St<br>Orig. Asset Memo: Orig. Description: Appliances: Microwave, Refrigerator, Toaster, Stove Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Household: Plates, Flatware, Pots & Pans<br>Orig. Asset Memo: Orig. Description: Household: Plates, Flatware, Pots & Pans Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Office: Computer<br>Orig. Asset Memo: Orig. Description: Office: Computer Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes: Basic Wardrobes<br>Orig. Asset Memo: Orig. Description: Clothes: Basic Wardrobes Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry: 2 Wedding rings, costume jewelry<br>Orig. Asset Memo: Orig. Description: Jewelry: 2 Wedding rings, costume jewelry Location: 1814 Grove Street Glenview, IL 60025; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Insurance: Home Owner Policy<br>Orig. Asset Memo: Orig. Description: Insurance: Home Owner Policy Location: State Farm Insurance, Glenview, IL 60025, Agent:Del Vasey, Location: 1814 Grove Street, Glenview IL 60025; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 12-06533 | Trustee Name: | (330350) Eugene Crane |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | Date Filed (f) or Converted (c): | 02/22/2012 (f) |
| | | § 341(a) Meeting Date: | 03/27/2012 |
| For Period Ending: | 06/26/2018 | Claims Bar Date: | 02/19/2014 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Location: 1814 Grove Street, Glenview IL 60025 $ <br> Orig. Asset Memo: Orig. Description: Location: 1814 Grove Street, Glenview IL 60025 $450,000 term life policy for Tony $100,000 term life policy for Deborah $100,000 term life policy for Tony $300,000 term life policy for Tony (required pursuant to SBA loan) $300,000 term life policy for Deborah (required pursuant to SBA loan); Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Shareholder Loans to business (face amount of $4 <br> Orig. Asset Memo: Orig. Description: Shareholder Loans to business (face amount of $44,203.72 ); Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Inheritance lawsuit in UK (Martin only) (u) <br> Gross remaining is an estimate of gross amount to be received. Actual amount depends on costs etc. | Unknown | 50,000.00 | | 139,295.46 | FA |
| 13 | Interest in CIS Systems, Inc. (u) <br> In SOFA, no income listed. Schaumburg Bank holds a lien. On Debtor's tax return this business is listed as a S- Corp with negative income. Distributes ink for printers.  Value to estate is negligible. | Unknown | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$354,140.00** | **$50,440.00** | | **$139,295.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/26/2018: TFR filed with Court; Final hearing set for 05/31 9:30am, J-Cox (dk)
04/19/2018: TFR filed with USTO (dk)
03/25/2018: Claim amended by Schaumburg Bank; IRS claims have either been withdrawn or paid; will prepare TFR (dk)
01/30/2018: Claim objection filed to deny Schaumburg Bank's secured claim of second mortgage; hearing on March 1 at 9:30am J-Cox (dk)
11/01/2017: Discovery by Trustee that Debtor received all funds from British inheritance; will calculate claims and admin costs to demand payment to cover all costs/fees/claims (dk)
03/31/2017: Inheritance still pending in the UK (dk)
03/31/2016:  Sale of property in UK still pending (dk)
04/2015: Sent correspondence to atty-where is second payment; still waiting for sale (dk)
03/31/2015: Second payment forthcoming from settlement in UK, depends on sale of real property (dk)
03/17/2014: Received first payment from settlement (dk)
11/30/2013: Bar date notice filed (dk)
11/05/2013: Hearing for compromise/settlement with Debtor regarding UK inheritance settlement determination (dk)
09/25/2013: Case re-opened to administer asset.
04/15/2013: There may be an asset of Mr. Martin.  His father's will is to be contested in the UK, may be a settlement amount forthcoming.  Atty for Debtor will re-open case. (dk)
03/28/2012: No asset report filed (dk)

| Initial Projected Date Of Final Report (TFR): | 02/28/2015 | Current Projected Date Of Final Report (TFR): | 04/26/2018 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/26/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/14 | {12} | Deborah Ascaridis, Anthony Martin | First payment of UK litigation settlement per Court Order entered on 11/5/2013 | 1249-000 | 26,961.06 | | 26,961.06 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.21 | 26,946.85 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.34 | 26,905.51 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.69 | 26,866.82 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.35 | 26,829.47 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.45 | 26,787.02 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.24 | 26,749.78 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.04 | 26,708.74 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 26,669.05 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.52 | 26,634.53 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.41 | 26,591.12 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.24 | 26,552.88 |
| 02/19/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-06533, Bond # 10BSBGR6291 | 2300-000 | | 18.70 | 26,534.18 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.64 | 26,498.54 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.66 | 26,457.88 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.05 | 26,419.83 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.73 | 26,383.10 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.47 | 26,342.63 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.15 | 26,303.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.57 | 26,266.91 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.30 | 26,226.61 |
| | | | Page Subtotals: | | $26,961.06 | $734.45 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/26/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.72 | 26,188.89 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.41 | 26,152.48 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 26,111.11 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.20 | 26,074.91 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 Voided on 02/09/2016 | 2300-004 | | 17.96 | 26,056.95 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 Voided: check issued on 02/09/2016 | 2300-004 | | -17.96 | 26,074.91 |
| 02/09/16 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #12-06533, Bond Number 10BSBGR6291 | 2300-000 | | 18.47 | 26,056.44 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.14 | 26,020.30 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.06 | 25,979.24 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.02 | 25,943.22 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.97 | 25,907.25 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.88 | 25,866.37 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.86 | 25,830.51 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.75 | 25,789.76 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.99 | 25,752.77 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.70 | 25,717.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.35 | 25,677.72 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.83 | 25,640.89 |
| | | | **Page Subtotals:** | | **$0.00** | **$585.72** | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | Trustee Name: | Eugene Crane (330350) |
| --- | --- | --- | --- |
| Case Name: | ASCARIDIS, DEBORAH<br>MARTIN, ANTHONY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/26/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.33 | 25,601.56 |
| 02/03/17 | 104 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment for 02/01/2017 to 02/01/18; Bond no. 016073584 | 2300-000 | | 9.45 | 25,592.11 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.36 | 25,557.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.98 | 25,519.77 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.25 | 25,485.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.32 | 25,445.20 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.59 | 25,408.61 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.32 | 25,373.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.14 | 25,333.15 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.22 | 25,297.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.81 | 25,259.12 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.33 | 25,222.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.06 | 25,187.73 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.85 | 25,147.88 |
| 02/08/18 | {12} | William Factor | Turnover of inheritance from UK; second payment | 1249-000 | 112,334.40 | | 137,482.28 |
| 02/13/18 | 105 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 8.30 | 137,473.98 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 141.47 | 137,332.51 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 197.53 | 137,134.98 |
| 05/31/18 | 106 | EUGENE CRANE | Distribution payment - Dividend paid at 100.00% of $10,023.05; TRUSTEE'S FEE; Filed: $10,023.05 | 2100-000 | | 10,023.05 | 127,111.93 |
| 05/31/18 | 107 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $192.36; Expenses for attorneys for Trustee ; Filed: $192.36 | 3120-000 | | 192.36 | 126,919.57 |
| | | | Page Subtotals: | | $112,334.40 | $11,055.72 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 12-06533
**Case Name:** ASCARIDIS, DEBORAH MARTIN, ANTHONY
**Taxpayer ID #:** **-***6214
**For Period Ending:** 06/26/2018

**Trustee Name:** Eugene Crane (330350)
**Bank Name:** Rabobank, N.A.
**Account #:** ******2066 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/31/18 | 108 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $16,632.00;Fees for attorneys for Trustee; Filed: $16,632.00 | 3110-000 | | 16,632.00 | 110,287.57 |
| 05/31/18 | 109 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $17,341.71; Claim # 2-1; Filed: $17,341.71 | 7100-000 | | 17,341.71 | 92,945.86 |
| 05/31/18 | 110 | American Express Centurion Bank | Distribution payment - Dividend paid at 100.00% of $186.50; INTEREST on CLAIM # 2-1; Filed: $186.50 | 7990-000 | | 186.50 | 92,759.36 |
| 05/31/18 | 111 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $3,315.98; Claim # 3-1; Filed: $3,315.98 | 7100-000 | | 3,315.98 | 89,443.38 |
| 05/31/18 | 112 | American Express Centurion Bank | Distribution payment - Dividend paid at 100.00% of $35.66; INTEREST on CLAIM # 3-1; Filed: $35.66 | 7990-000 | | 35.66 | 89,407.72 |
| 05/31/18 | 113 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $2,558.30; Claim # 4-1; Filed: $2,558.30 | 7100-000 | | 2,558.30 | 86,849.42 |
| 05/31/18 | 114 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $27.51; INTEREST ON CLAIM # 4-1; Filed: $27.51 | 7990-000 | | 27.51 | 86,821.91 |
| 05/31/18 | 115 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $9,971.47; Claim # 5-1; Filed: $9,971.47 | 7100-000 | | 9,971.47 | 76,850.44 |
| 05/31/18 | 116 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 100.00% of $107.24; INTEREST ON CLAIM # 5-1; Filed: $107.24 | 7990-000 | | 107.24 | 76,743.20 |
| 05/31/18 | 117 | Schaumburg Bank & Trust Company, N.A. | Distribution payment - Dividend paid at 100.00% of $69,659.93; Claim # 6-1; Filed: $69,659.93 | 7100-000 | | 69,659.93 | 7,083.27 |
| 05/31/18 | 118 | Schaumburg Bank & Trust Company, N.A. | Distribution payment - Dividend paid at 100.00% of $749.14; INTEREST ON CLAIM #6-1; Filed: $749.14 | 7990-000 | | 749.14 | 6,334.13 |
| 05/31/18 | 119 | Chase Bank USA, N.A | Distribution payment - Dividend paid at 100.00% of $2,473.15; Claim # 7-1; Filed: $2,473.15 | 7200-000 | | 2,473.15 | 3,860.98 |
| 05/31/18 | 120 | Chase Bank USA, N.A | Distribution payment - Dividend paid at 100.00% of $26.60; INTEREST on CLAIM #7-1 ; Filed: $26.60 | 7990-000 | | 26.60 | 3,834.38 |
| 05/31/18 | 121 | ASCARIDIS, DEBORAH | Distribution payment - Dividend paid at 100.00% of $3,834.38; Claim # SURPLUS TO DEBTORS | 8200-002 | | 3,834.38 | 0.00 |
| | | | | **Page Subtotals:** | **$0.00** | **$126,919.57** | |

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 12-06533 | | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|---|
| Case Name: | ASCARIDIS, DEBORAH / MARTIN, ANTHONY | | Bank Name: | Rabobank, N.A. |
| | | | Account #: | ******2066 Checking Account |
| Taxpayer ID #: | **-***6214 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/26/2018 | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 139,295.46 | 139,295.46 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 139,295.46 | 139,295.46 | |
| | | | Less: Payments to Debtors | | | 3,834.38 | |
| | | **NET Receipts / Disbursements** | | | **$139,295.46** | **$135,461.08** | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-06533 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | ASCARIDIS, DEBORAH<br>MARTIN, ANTHONY | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******2066 Checking Account |
| **Taxpayer ID #:** | **-***6214 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 06/26/2018 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $139,295.46 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $3,834.38 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $135,461.08 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2066 Checking Account | $139,295.46 | $135,461.08 | $0.00 |
| | **$139,295.46** | **$135,461.08** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)